DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD A. JOSEPHER, JACK L. LEONE** and **ERIK WEISS,**
Appellants,

v.

**THE MARBELLA CONDOMINIUM ASSOCIATION, INC., ET AL.,**
Appellee.

No. 4D22-787

[December 15, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CA009103.

Richard A. Josepher of Gutter Chaves Josepher Rubin Forman Fleisher Miller, P.A., Boca Raton, for appellants.

Henry B. Handler and William J. Cornell of Weiss, Handler & Cornwell, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and Kuntz, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***